1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE LABORERS
HEALTH AND WELFARE TRUST FUND
FOR NORTHERN CALIFORNIA, et al.,

        Plaintiffs,

  v.

ATOLL TOPUI ISLAND, INC., a California
corporation, and LOPETI KITEAU TOPUI, an
individual,

        Defendants.
_____/

No. C 06-3059

**ORDER**

[Docket No. 27]

      This matter comes before the Court on Magistrate Judge Brazil's Report and Recommendation (R&R) on Plaintiffs' Motion for Default Judgment.  Neither party has filed any objections to the R&R.

      Having considered the report, and the recommendations therein, and for good cause appearing, IT IS HEREBY ORDERED THAT Magistrate Judge Brazil's Report and Recommendation [Docket No. 27] is ADOPTED IN ITS ENTIRETY.

      IT IS FURTHER ORDERED THAT Plaintiffs' Motion for Default Judgment is GRANTED as set forth in the Report and Recommendation.

      IT IS FURTHER ORDERED THAT Judgment shall be entered in favor of Plaintiffs and against Defendants in the amount of $43,809.25.  Plaintiffs are permitted to move the Court to amend the Judgment to reflect additional interest on the unpaid contributions accrued from October 26, 2006 through the date of Judgment.

      IT IS FURTHER ORDERED THAT Defendants shall submit to an audit for the period July 1, 2004 through the present, and shall provide relevant records requested by the auditor.  Plaintiffs are

permitted to move the Court to amend the Judgment to include additional amounts found owing following the audit (provided Plaintiffs demonstrate that Defendants had an opportunity to present input to the auditor, and that Defendants received notice of the auditor's findings and were given an opportunity to respond).

IT IS SO ORDERED.

Dated: 1/22/07

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge

United States District Court
For the Northern District of California

2